IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00228-WYD-KMT

KEYONIA EDWARDS,

    Plaintiff,

v.

ENTERPRISE RECOVERY SYSTEMS, INC., a Illinois corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice (ECF No. 11) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

Dated:  May 18, 2011

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge